# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| Lauren Ridenhour,   Plaintiff, | |
| -v- | Case No. 19-cv-2587 |
| Bettina Sulser Bryant and Donald L. Bryant Jr. Family Art Trust, | **Rule 7.1 Statement** |
| Defendant. | |

Pursuant to Federal Rule of Civil Procedure 7.1 [formerly Local General Rule 1.9] and to enable District Judges and Magistrate Judges of the Court to evaluate possible disqualification or recusal, the undersigned counsel for

_plaintiff Lauren Ridenhour_ (a private non-governmental party)

certifies that the following are corporate parents, affiliates and/or subsidiaries of said party, which are publicly held.

No parents, affiliates or subsidiaries

**Date:** 3-22-19

Signature of Attorney

**Attorney Bar Code:** 1676261