# EXHIBIT A

## Bryant Banking Renegotation

### What it was

|       | Amount      | Where      | Rate    | Rate Detail    | Annual Interest Cost |
|-------|-------------|------------|---------|----------------|----------------------|
|       | 35,300,000  | JPM        | 3.25%   | 3.25%          | 1,147,250            |
|       | 55,300,000  | JPM        | 2.69%   | 2.25% + LIBOR  | 1,487,570            |
|       | 13,400,000  | Enterprise | 4.19%   | 3.75% + LIBOR  | 561,460              |
|       | 2,900,000   | Commerce   | 2.69%   | 2.25% + LIBOR  | 78,010               |
| Total | 106,900,000 | 3 Banks    | 4 Lines |                | 3,274,290            |

### What it is now

|       | Amount      | Where    | Rate    | Rate Detail    | Annual Interest Cost |
|-------|-------------|----------|---------|----------------|----------------------|
|       | 104,000,000 | JPM      | 2.09%   | 1.65% + LIBOR  | 2,173,600            |
|       | 2,900,000   | Commerce | 2.44%   | 2.00% + LIBOR  | 70,760               |
| Total | 106,900,000 | 2 Banks  | 2 Lines |                | 2,244,360            |

### Reduction in Interest Expense / Savings

| Annual amount | 3,274,290 | minus | 2,244,360 | 1,029,930 |
|---------------|-----------|-------|-----------|-----------|
| 3 year term   |           |       |           | 3,089,790 |

### Payout structure

| 20% of reduction in interest expense / savings | 617,958 |
|------------------------------------------------|---------|