# EXHIBIT B

Sort by Date ⌄

**Bettina Bryant**  5/31/18
Art Loan Summary Document    Inbox - lauren@laurenridenhour.com
Attachment: Microsoft Word - Art Loan Discussion.docx.pdf

**Bettina Bryant**  5/31/18
Fwd: Your wire transfer has been...   Inbox - lauren@laurenridenhour.com
Begin forwarded message: From: "UBS Financial Services Inc." <elert@ubs.com> Subject: Your wire transfer has been completed Da...

**Bettina Bryant**  5/31/18
Fwd: Trustee Fee    Inbox - lauren@laurenridenhour.com
Begin forwarded message: From: "Corbett, Tom" <TCORBETT@thompsoncoburn.com> Subject: Trustee Fee Date: May...

**Bettina Bryant**  5/31/18
Loan Summary    Inbox - lauren@laurenridenhour.com
Attachment: Loan Summary DLB and entities as of June 01, 2018.pdf