# EXHIBIT C

**DONALD L. BRYANT, JR**
**PERSONAL AND BUSINESS LOANS**

| Account | Total Facility | Titled | Borrowed as of 06/01/2018 | Borrower | Interest Rate | Payments | Maturity | Collateral |
|---|---|---|---|---|---|---|---|---|
| **Donald L. Bryant, Jr. Personal Loans** | | | | | | | | |
| **JP Morgan-LOC** | | | | | | | | |
| REDACTED | $110,000,000 | Donald L. Bryant, Jr. | $98,459,169 | DLB | LIBOR + 1.65% | Interest Only | 4/30/2019 | Art Scheduled |
| | | | | | | | | |
| **Wells Fargo-St. Helena** | | | | | | | | |
| REDACTED | $6,000,000 | DLB & BSB | $5,467,454 | | 2.750% until 08/01/2019 | Principal & Interest | 7/1/2044 | St. Helena Residence |
| **Wells Fargo-Indian Wells** | | | | | | | | |
| REDACTED | $2,500,000 | DLB JR REV TRUST | $2,290,352 | DLB REV TRUST | 3.125% until 08/01/2019 | Principal & Interest | 7/1/2044 | Indian Wells Residence |
| | | | | | | | | |
| **Personal totals** | $118,500,000 | | $106,216,976 | | | | | |
| **Bryant Family Vineyard Business Loans** | | | | | | | | |
| **Commerce Bank-Loan** | | | | | | | | |
| REDACTED | $2,930,070 | Bryant Vineyards Ltd. | $1,709,207 | Bryant | LIBOR + 2.00% | $48,835 prin + int | 4/15/2021 | Vineyard Assets w/ personal guarantee by DLB |
| **Business totals** | $2,930,070 | | $1,709,207 | | | | | |
| | | | | | | | | |
| **Personal & Business totals** | $121,430,070 | | $107,926,183 | | | | | |

Last modified 05/31/2018