# EXHIBIT D

**From:** Bettina Sulser Bryant <bettina@bettinabryant.com>
**Subject: Fwd: Your wire transfer has been completed**
**Date:** May 31, 2018 at 3:12:11 PM EDT
**To:** Lauren Ridenhour <lauren@laurenridenhour.com>

Begin forwarded message:

**From:** "UBS Financial Services Inc." <elert@ubs.com>
**Subject: Your wire transfer has been completed**
**Date:** May 31, 2018 at 12:11:33 PM PDT
**To:** bettina@bettinabryant.com
**Reply-To:** elert@ubs.com



# Your wire transfer has been completed

**Confirmation**

This is to notify you that we have completed your wire transfer to the following account:

| UBS account number | Amount | Recipient bank | Recipient account number |
|---|---|---|---|
| REDACTED | $ 100,000.00 | JPMORGAN CHASE BANK, NA | REDACTED |

**Why this is importar**
To prevent possible unauthorized use of y account, it is importar notify us immediately not request this trans any of the information incorrect.

For your security, we do not display your full UBS and recipient account numbers.

If you did not authorize this transaction or the information listed is incorrect, please contact your Financial Advisor. Please note that you will only receive this notice the first time that you transfer funds to the above recipient bank account.

**Questions**

If you have other questions regarding your account, please contact your Financial Advisor.

We appreciate your business with UBS and look forward to serving your wealth management needs.

Please do not reply directly to this message. If you need assistance, please contact us as described above

0246628633E