# EXHIBIT E

May 31, 2018

## ART LOAN DISCUSSION

| | |
|---|---|
| Current Loan: | $98,459,169 |
| Current Locked in rate: | 1.65 + Libor |

## SNAPSHOT OF INTEREST RATE ENVIRONMENT

Since the last renewal in April 2016, interest rates have continued to rise. Another increase is expected in June 2018 with a projected total of 4 increases this year.

Given the rising interest rate environment and our sensitivity to these incremental increases, it is prudent to start planning and implementing a renewal plan now and have discussions with banks whose credit teams are comfortable with long-term risk.

We must renew this loan by or before Spring 2019.

## IMPORTANT FACTORS TO CONSIDER

Factors that impact the complexity of this discussion include: Don's health, the size of the loan, liquidity, income stream as well as quality and concentration of art. Banks also need to be made comfortable with the fact that we have multiple decision makers (i.e. 3 trustees). This process will take a minimum of 5 months, but will more likely take 7-10 months.

However, it is not simply important to make the bank comfortable. We must understand each bank's limitations at any given time. Conditions constantly fluctuate, and one can go from thinking they have secured a deal to it being called off. The banker is not the decision-maker, the decision-maker is a non-client facing credit team or executive. Even within the same bank, there may be different sensitivities to certain aspects of a loan or willingness depending on the region.

Equally important to note is how willing the national or global executive team(s) are to lending in the art space, the size and room of their credit portfolio for additional art loans, the banker's compensation matrix and their pain threshold.

The loan may be placed with one bank or split between two.

Language in the document will be as important as the rate and will be a vital part of the discussions that lay the foundation for the deal. Our language will be highly customized outside of what a bank would normally be comfortable with.

ADDITIONAL NOTE:

Lauren and I also analyzed the St. Helena house mortgage amidst this increasing interest rate environment. It currently has a floating rate that will adjust up August 1, 2019, at which point the monthly mortgage payment will double. If we wait to make a change next year we will likely lose the opportunity to lock in a lower rate. We think it prudent to secure a 30-year locked-in interest rate as soon as possible, thus mitigating interest rate risk on that loan.