UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------X
LAUREN RIDENHOUR,

                 Plaintiff,

-against-                      19 **CIVIL** 2587 (ALC)

## **JUDGMENT**

BETTINA SULSER BRYANT and DONALD
L. BRYANT, JR.,

                 Defendants.
-------------------------------------------------------------X

It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Opinion and Order dated March 29, 2020, Defendants' motion to dismiss Plaintiff's SAC is granted in its entirety; accordingly, this case is closed.

**Dated:** New York, New York
        March 30, 2020

                                                      **RUBY J. KRAJICK**
                                                      _____
                                                         Clerk of Court
                 **BY:**
                                                         _____
                                                          Deputy Clerk